**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| LARRY McKENNY BULLOCK, | : |
| Plaintiff | : CIVIL ACTION NO. 8:12-CV-2432-RWT |
| v. | : |
| MIDLAND FUNDING, LLC, | : |
| Defendant | : |

## ORDER

AND NOW, this 25th day of June, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant To Fed. R. Civ. P. 41(b) Or, Alternatively, As A Sanction Pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v), and Plaintiff's lack of response thereto, it is hereby **ORDERED** that said Motion is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED**, with prejudice.

BY THE COURT:

*Roger W Titus, J.*